

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00074-CR

| | | |
|---|---|---|
| Ex parte Angel Ricky Espinoza a/k/a Jose Ricky Angel Espinoza | § | From County Court at Law No. 1 |
| | § | of Parker County (CIV-14-0999) |
| | § | April 30, 2015 |
| | § | Opinion by Chief Justice Livingston |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston